No. 89-5604. TOOLE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 89-5606. SATTIEWHITE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 89-5610. DAVIS v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 89-5612. PICKERING v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 88-1956. GEORGIA v. ROPER. Sup. Ct. Ga. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 89-151. IDAHO v. CHARBONEAU. Sup. Ct. Idaho. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 89-176. IDAHO v. LEAVITT. Sup. Ct. Idaho. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 89-48. HULSEY v. SARGENT, WARDEN. C. A. 8th Cir.;
No. 89-5068. BANDA v. TEXAS. Ct. Crim. App. Tex.;
No. 89-5117. CLARK v. NEW MEXICO. Sup. Ct. N. M.;
No. 89-5397. MAGWOOD v. ALABAMA. Sup. Ct. Ala.; and
No. 89-5421. ROGERS v. KEMP, WARDEN. Sup. Ct. Ga. Certiorari denied. Reported below: No. 89-48, 865 F. 2d 954; No. 89-5068, 768 S. W. 2d 294; No. 89-5117, 108 N. M. 288, 772 P. 2d 322; No. 89-5397, 548 So. 2d 516.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 89-67. DAVIS v. UNITED STATES. C. A. 6th Cir. Certiorari denied. JUSTICE WHITE and JUSTICE BLACKMUN would grant certiorari.